IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM A. DEMARR,

Plaintiff,

ORDER

19-cv-548-wmc

v.

ANDREW SAUL,
Commissioner of Social Security,

Defendant.

Pursuant to a stipulation for remand (dkt. #12) filed by the parties on December 16, 2019, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 17th day of December, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge